| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Law Offices Of Hagen & Hagen<br>Jeffrey J Hagen - SBN 143754<br>(818) 501-6161<br>4559 San Blas Avenue<br>Woodland Hills, California  91364<br>Fax: (818) 907-6722<br>jeff@hagenhagenlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*   Defendant Ari David Alexenburg | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Ari David Alexenburg,<br><br>                                                           Debtor(s). | CASE NO.: 1:22-bk-10695-VK<br>CHAPTER: 7<br>ADVERSARY NO.: 1:22-ap-01049-VK |
|---|---|
| Daphne Yadegar,<br><br>                                                           Plaintiff(s),<br>vs.<br><br>Ari David Alexenburg,<br><br>                                                           Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): Motion By Defendant Ari David Alexenburg For Order Dismissing Complaint By Plaintiff Daphne Yadegar, With-Out Leave To Amend, For Failure To State... |

PLEASE TAKE NOTE that the order or judgment titled Order: 1) Granting Plaintiff Yadegar Leave To Amend Complaint To Determine Dischargeability Of Debt; 2) Dismissing Adversary Complaint In The Event, was lodged on (*date*)   11/09/2022   and is attached.  This order relates to the motion which is docket number  9  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 1              **F 9021-1.2.ADV.NOTICE.LODGMENT**

 **Adversary LODGED ORDER UPLOAD FORM**

Wednesday, November 09, 2022

CONFIRMATION :

Your Lodged Order Info:

( **11258790.doc** )
A new order has been added

- **Office**: San Fernando Valley
- **Case Title**: Yadegar v. Alexenburg
- **Case Number**: 22-01049
- **Judge Initial**: VK
- **Case Type**: ap ( Adversary )
- **Document Number**: 7
- **On Date**: 11/09/2022 @ 07:55 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Law Offices Of Hagen & Hagen*
Jeffrey J Hagen - SBN 143754
(818) 501-6161
4559 San Blas Avenue
Woodland Hills, California  91364
Fax: (818) 907-6722
jeff@hagenhagenlaw.com
www.hagenhagenlaw.com

Attorney for Debtor/Defendant

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>**Ari David Alexenburg,**<br><br>                Debtor,<br>_____<br><br>**Daphne Yadegar,**<br><br>                Plaintiff,<br><br>v.<br><br>**Ari David Alexenburg,**<br><br>                Defendant.<br>_____ | Case No. **1:22-bk-10695-VK**<br>Chapter 7<br>Adv. No. **1:22-ap-01049-VK**<br><br>**ORDER:**<br><br>**1) GRANTING PLAINTIFF YADEGAR LEAVE TO AMEND COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT;**<br><br>**2) DISMISSING ADVERSARY COMPLAINT IN THE EVENT PLAINTIFF YADEGAR DOES NOT FILE AN AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT;**<br><br>**3) CONTINUING STATUS CONFERENCE FROM 11/16/2022 TO 01/11/2023**<br><br>Date:  11/09/2022<br>Time:  02:00pm<br>Courtroom: 301 |

    The Motion by Defendant Ari David Alexenburg For Order Dismissing Complaint By Plaintiff Daphne Yadegar, Without Leave To Amend, For Failure To State A Claim For Relief Pursuant To

1

Federal Rule Of Bankruptcy Procedure 7012(b)(6), Docket Number 7, filed 10/03/2022, came on regularly for hearing on Wednesday 11/09/2022 at 0200pm.  Appearing by Zoom.gov on behalf of Plaintiff Yadegar was Terrence Swinson of Law Offices Of Eric Bryan Seuthe & Associates.  Appearing by Zoom.gov on behalf of moving party Defendant Alexenburg was Jeffrey Hagen of Law Offices Of Hagen & Hagen.

    Based upon Defendant Alexenburg's Notice Of Motion And Motion, the Memorandum Of Points And Authorities attached thereto, the Declaration Of Defendant Alexenburg attached thereto, the pleadings and documents on file herein including the tentative ruling which the Court has made a part of the record by adding it to the docket as Docket Number 15, and other good cause appearing, it is hereby

    **ORDERED** that should Plaintiff Yadegar elect to do so, she may file an amended Complaint against Defendant Alexenburg To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6) by no later than 11/24/2022.  It is further

    **ORDERED** that should Plaintiff not file an amended Complaint against Defendant Alexenburg To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6) by 11/24/2022, this adversary proceeding shall be dismissed by the Clerk without further motion.  It is further

    **ORDERED** that should Plaintiff Yadegar file an amended Complaint against Defendant Alexenburg To Determine

Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6) by 11/24/2022, Defendant Alexenburg shall have thirty calendar days within which to file a responsive pleading, whether it be another Motion For Order Dismissing Complaint For Failure To State A Claim For Relief Pursuant To Federal Rule Of Bankruptcy Procedure 7012(b)(6), an Answer, or otherwise.  It is further

**ORDERED** that the Status Conference currently scheduled for Wednesday 11/16/2022 at 0130pm is continued to Wednesday 01/11/2023 at 0130pm.  If the adversary proceeding has not been dismissed prior to the continued Status Conference, the parties shall jointly prepare and file a joint Status Conference Statement no less than fourteen days prior to the Status Conference.

###

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices Of Hagen & Hagen, 4559 San Blas Avenue, Woodland Hills, California 91364

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/09/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __11/09/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2022 | Jeffrey J Hagen | /s/ Jeffrey J Hagen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**SECTION I - TO BE SERVED BY THE COURT VIA NEF**

**Chapter 7 Trustee:**

Amy L Goldman (TR)   marisol.jaramillo@lewisbrisbois.com
                     AGoldman@iq7technology.com;
                     ecf.alert+Goldman@titlexi.com

**United States Trustee:**

United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

**Requests For Special Notice:**

None

**Requests For Courtesy Notification Of Electronic Filing:**

Terrence Swinson   terrenceswinson@gmail.com

**SECTION II - SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**

**Defendant:**

Mr. Ari David Alexenburg
8114 Kentland Avenue
West Hills, California   91304