1    Law Offices Of Hagen & Hagen*
     Jeffrey J Hagen - SBN 143754
2    (818) 501-6161
     4559 San Blas Avenue
3    Woodland Hills, California  91364
     Fax: (818) 907-6722
4    jeff@hagenhagenlaw.com
     www.hagenhagenlaw.com
5
6    Attorney for Debtor/Defendant

7

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                  **SAN FERNANDO VALLEY DIVISION**

11   In re:                        ) Case No. **1:22-bk-10695-VK**
                                    ) Chapter 7
12   **Ari David Alexenburg,**      ) Adv. No. **1:22-ap-01049-VK**
                                    )
13              Debtor,             ) **ORDER:**
                                    )
14   _____ )
                                    ) **1) GRANTING PLAINTIFF YADEGAR**
15   **Daphne Yadegar,**            ) **LEAVE TO AMEND COMPLAINT TO**
                                    ) **DETERMINE DISCHARGEABILITY OF**
16                                  ) **DEBT;**
                                    )
17              Plaintiff,          ) **2) DISMISSING ADVERSARY**
                                    ) **COMPLAINT IN THE EVENT**
18                                  ) **PLAINTIFF YADEGAR DOES NOT FILE**
                                    ) **AN AMENDED COMPLAINT TO**
19   v.                             ) **DETERMINE DISCHARGEABILITY OF**
                                    ) **DEBT;**
20                                  )
21   **Ari David Alexenburg,**      ) **3) CONTINUING STATUS CONFERENCE**
                                    ) **FROM 11/16/2022 TO 01/11/2023**
22                                  )
23              Defendant.          ) Date:  11/09/2022
                                    ) Time:  02:00pm
24                                  ) Courtroom: 301
                                    )
25   _____ )
26
        The Motion by Defendant Ari David Alexenburg For Order
27
     Dismissing Complaint By Plaintiff Daphne Yadegar, Without Leave
28
     To Amend, For Failure To State A Claim For Relief Pursuant To

                                   1

**FILED & ENTERED**

**NOV 14 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia   DEPUTY CLERK**

**CHANGES MADE BY COURT**

Federal Rule Of Bankruptcy Procedure 7012(b)(6), Docket Number 7, filed 10/03/2022, came on regularly for hearing on Wednesday 11/09/2022 at 0200pm.  Appearing by Zoom.gov on behalf of Plaintiff Yadegar was Terrence Swinson of Law Offices Of Eric Bryan Seuthe & Associates.  Appearing by Zoom.gov on behalf of moving party Defendant Alexenburg was Jeffrey Hagen of Law Offices Of Hagen & Hagen.

Based upon Defendant Alexenburg's Notice Of Motion And Motion, the Memorandum Of Points And Authorities attached thereto, the Declaration Of Defendant Alexenburg attached thereto, the pleadings and documents on file herein including the *written* ~~tentative~~ ruling which the Court has made a part of the record by adding it to the docket as Docket Number ~~15~~ *13*, and other good cause appearing, it is hereby

**ORDERED** that should Plaintiff Yadegar elect to do so, she may file an amended Complaint against Defendant Alexenburg To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6) by no later than ~~11/24/2022~~ *fourteen days from the entry of this order*.  It is further

**ORDERED** that should Plaintiff not file an amended Complaint against Defendant Alexenburg To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6) by no later than ~~11/24/2022~~ *fourteen days from the entry of this order*, this adversary proceeding *may* be dismissed by the Clerk without further motion.  It is further

**ORDERED** that should Plaintiff Yadegar *timely* file an
amended Complaint against Defendant Alexenburg To Determine
Dischargeability Of Debt Pursuant To 11 U.S.C. Section 523(a)(6)
~~by 11/24/2022~~, Defendant Alexenburg shall have thirty calendar
days within which to file a responsive pleading, whether it be
another Motion For Order Dismissing Complaint For Failure To
State A Claim For Relief Pursuant To Federal Rule Of Bankruptcy
Procedure 7012(b)(6), an Answer, or otherwise.  It is further

**ORDERED** that the Status Conference currently scheduled for
Wednesday 11/16/2022 at 01:30pm is continued to Wednesday
**01/11/2023 at 01:30pm.**  If the adversary proceeding has not been
dismissed prior to the continued Status Conference, the parties
shall jointly prepare and file a joint Status Conference
Statement no less than fourteen days prior to the Status
Conference; *and it is further*

*ORDERED, that the parties are to attend the continued
status conference via ZoomGov, which provides a live video
connection with the Court.*  ***Any attorney or party in interest
who makes an appearance on the record must appear by video.***  *The
following instructions will apply to the ZoomGov hearing:*

*(1) Meeting Information:*  ***January 11, 2023***

*Meeting URL: https://cacb.zoomgov.com/j/1606573322*

*Meeting ID: 160 657 3322*

*Password: 594035*

*Join by Telephone: 1-669-254-5252 or 1-646-828-7666*

(2) *Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge.** Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.*

(3) *The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.*

(4) *All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.*

### ###

Date: November 14, 2022

Victoria S. Kaufman
United States Bankruptcy Judge