Law Offices Of Hagen & Hagen*
Earle Hagen (1925 - 2008)
Jeffrey J Hagen - State Bar No. 143754
(818) 501-6161
4559 San Blas Avenue
Woodland Hills, California  91364
Fax    :   (818) 907-6722
e-mail :   jeff@hagenhagenlaw.com
Website:   www.hagenhagenlaw.com

Attorneys for Debtor/Defendant

*A Debt Relief Agency Making A
World Of Difference Since 1970...
We Help People File For Bankruptcy
Relief Under The Bankruptcy Code

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: ) | Case No. **1:22-bk-10695-VK** |
| ) | Chapter 7 |
| **Ari David Alexenburg,** ) | Adv. No. **1:22-ap-01049-VK** |
| ) | |
| Debtor, ) | **DECLARATION OF JEFFREY** |
| _____ ) | **HAGEN RE PLAINTIFF'S** |
| ) | **NONFILING OF AMENDED** |
| **Daphne Yadegar,** ) | **COMPLAINT TO DETERMINE** |
| ) | **DISCHARGEABILITY OF DEBT** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **Ari David Alexenburg,** ) | Date:  11/09/2022 |
| ) | Time:  02:00pm |
| Defendant. ) | Courtroom:  301 by Zoom.gov |
| ) | |

    I, Jeffrey J Hagen, declare:

    1.  I am an attorney at law duly admitted to practice law in the Courts of the State Of California and in the United States District Court for the Central District Of California.

    2.  I am the attorney of record for Defendant Ari David Alexenburg in both his main bankruptcy case (now closed) as well as this adversary proceeding.

3. I have personal knowledge of the facts stated.

4. Defendant Alexenburg filed a Chapter 7 voluntary bankruptcy case in the Central District Of California's San Fernando Valley Division on 06/11/2022.

5. It should be noted that Defendant Alexenburg's mother, Rochelle Alexenburg, also filed a Chapter 7 bankruptcy case in the Central District Of California's San Fernando Valley Division 06/11/2022. Case number 1:22-bk-10694-VK was assigned.

6. Plaintiff Daphne Yadegar filed a timely Complaint To Determine Dischargeability Of Debt against Defendant Alexenburg as well as against Rochelle Alexenburg, on 09/20/2022. She then proceeded to file two amended complaints, on 09/21/2022 (Docket Number 3) and a second amended complaint on 09/21/2022 (Docket Number 5).

7. On 10/03/2022, Defendant Alexenburg filed a Motion For Order Dismissing Adversary Proceeding Without Leave To Amend, For Failure To State A Claim For Relief Pursuant To Federal Rule Of Bankruptcy Procedure 7012(b)(6) (Docket Number 7).

8. Defendant Alexenburg's Motion was heard by the Court on 11/09/2022 and was granted in part, for failure to state a claim for relief, pursuant to an Order entered 11/14/2022 (Docket Number 15), but gave Plaintiff Yadegar leave to amend her Complaint within 14 days of the date of the Order, i.e., by no later than 11/28/2022.

9. It has now been thirty days from the date of the Court's Order, and Plaintiff Yadegar has to this date not amended her Complaint To Determine Dischargeability Of Debt.

1 | I declare under penalty of perjury that the foregoing
2 | statements are true and correct and I could if called upon
3 | competently testify thereto.
4 | Executed this 14th day of 12/2022 at Woodland Hills,
5 | California.

/s/ Jeffrey Hagen
**Jeffrey Hagen**
Declarant

Page 3 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices Of Hagen & Hagen, 4559 San Blas Avenue, Woodland Hills, California 91364

A true and correct copy of the foregoing document entitled (*specify*): Declaration Of Jeffrey Hagen Re Plaintiff's Nonfiling Of Amended Complaint To Determine Dischargeability Of Debt
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/14/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/14/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/2022 | Jeffrey J Hagen | /s/ Jeffrey J Hagen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECTION I - TO BE SERVED BY THE COURT VIA NEF**

**Chapter 7 Trustee:**

Amy L Goldman (TR)   marisol.jaramillo@lewisbrisbois.com
                     AGoldman@iq7technology.com;
                     ecf.alert+Goldman@titlexi.com

**United States Trustee:**

United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

**Requests For Special Notice:**

None

**Requests For Courtesy Notification Of Electronic Filing:**

Terrence Swinson   terrenceswinson@gmail.com

**SECTION II - SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**

**Defendant:**

Mr. Ari David Alexenburg
8114 Kentland Avenue
West Hills, California  91304