Law Offices Of Hagen & Hagen*
Jeffrey J Hagen - SBN 143754
(818) 501-6161
4559 San Blas Avenue
Woodland Hills, California  91364
Fax: (818) 907-6722
jeff@hagenhagenlaw.com
www.hagenhagenlaw.com

Attorney for Debtor/Defendant

FILED & ENTERED

DEC 15 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>**Ari David Alexenburg,**<br><br>           Debtor,<br>_____<br><br>**Daphne Yadegar,**<br><br>           Plaintiff,<br><br>v.<br><br>**Ari David Alexenburg,**<br><br>           Defendant.<br>_____ | Case No. **1:22-bk-10695-VK**<br>Chapter 7<br>Adv. No. **1:22-ap-01049-VK**<br><br>**ORDER:**<br><br>**1) DISMISSING ADVERSARY COMPLAINT;**<br><br>**2) VACATING 01/11/2023 STATUS CONFERENCE;**<br><br>**3) INSTRUCTING CLERK OF COURT TO CLOSE THIS ADVERSARY PROCEEDING**<br><br>Date:  11/09/2022<br>Time:  02:00pm<br>Courtroom: 301 |

   Based upon Plaintiff Daphne Yadegar's nonfiling of an amended Complaint To Determine Dischargeability Of Debt within fourteen day period permitted by this Court's 11/14/2022 Order Granting Plaintiff Yadegar Leave To Amend Complaint To Determine

1

Dischargeability Of Debt; Dismissing Adversary Complaint In The Event Plaintiff Yadegar Does Not File An Amended Complaint To Determine Dischargeability Of Debt; Continuing Status Conference From 11/16/2022 To 01/11/2023 (Docket Number 15), it is hereby

**ORDERED** that Plaintiff Yadegar's Complaint To Determine Dischargeability Of Debt is unconditionally dismissed.  It is further

**ORDERED** that the 01/11/2023 Status Conference is vacated and off calendar.  It is further

**ORDERED** that the Clerk Of The Court shall close this adversary proceeding.

###

Date: December 15, 2022

Victoria S. Kaufman
United States Bankruptcy Judge